NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VOTER VERIFIED, INC.,**
*Plaintiff-Appellant,*

v.

**PREMIER ELECTION SOLUTIONS, INC.,**
*Defendant-Cross Appellant,*

AND

**DIEBOLD, INCORPORATED,**
*Defendant-Appellee.*

---

2011-1553, 2012-1017

---

Appeals from the United States District Court for the Middle District of Florida in case no. 09-CV-1968, Senior Judge Patricia C. Fawsett.

-------------------------------------------------------------------------

**VOTER VERIFIED, INC.,**
*Plaintiff-Appellant,*

v.

**ELECTION SYSTEMS & SOFTWARE, INC.,**
*Defendant-Cross Appellant.*

---

2011-1559, 2012-1016

---

Appeals from the United States District Court for the Middle District of Florida in case no. 09-CV-1969, Senior Judge Patricia C. Fawsett.

---

## ON MOTION

---

## ORDER

Election Systems & Software, Inc., Premier Election Solutions, Inc., and Diebold, Inc. move to consolidate appeal nos. 2011-1553 and 2012-1017 with appeal nos. 2011-1559 and 2012-1016 for purposes of oral argument. Voter Verified, Inc. responds.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted to the extent that the above-captioned appeals are designated companion cases for purposes of oral argument, and will be argued together before the same merits panel.

(2) A copy of this order will be forwarded to the merits panel.

FOR THE COURT

**MAY 3 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert M. Evans, Jr., Esq.
    Anthony I. Provitola, Esq.

s23

FILED
U.S. COURT OF APPEALS FC:
THE FEDERAL CIRCUIT

MAY 3 1 2012

JAN HORBALY
CLERK